IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:21-CR-00143-ELR-1 |
| | * | |
| VICTOR HILL, | * | |
| | * | |
| Defendant. | * | |

_____

**O R D E R**

_____

This matter is before the Court on Defendant Victor Hill's ("Defendant") motion for early termination of supervised release. [Doc. 152.] ("Motion").

On March 14, 2023, Defendant was sentenced to a term of eighteen (18) months of incarceration and three (3) years of supervised release after being adjudicated guilty of six counts of deprivation of rights under the color of law in violation of 18 U.S.C. § 242. [Doc. 113.]

On April 7, 2025, Defendant filed a Motion for early termination of supervised release. [Doc. 152.] In his Motion, Defendant requests that the Court terminate his supervision on grounds that he has done well on supervision, has completed his community service obligations, is active in his community and has completed a year of supervised release. Defendant's supervision is due to terminate April 10, 2027.

The Court has considered Defendant's Motion and the record in this matter and determines that early termination is warranted in this case and grants Defendant's Motion. Defendant's term of supervised release is terminated.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Defendant Victor Hill's motion for early termination of supervised release [Doc. 152] is **GRANTED**. Defendant's term of supervised release is terminated effective the date of this order.

**IT IS SO ORDERED,** this <u>9th</u> day of <u>April</u>, 2025.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia